THE WEST SHORE RAILROAD COMPANY ET AL., APPEL-
LANTS, v. THE BOARD OF PUBLIC UTILITY COMMIS-
SIONERS OF THE STATE OF NEW JERSEY ET AL.
(PUBLIC SERVICE INTERSTATE TRANSPORTATION
COMPANY), RESPONDENTS.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellants, *Wall, Haight, Carey & Hartpence.*

For the respondents, *John A. Bernhard, William H. Speer*
and *Charles S. Straw.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD,
CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFS-
KEIL, RAFFERTY, JJ.   11.

*For reversal*—None.